1  Daniel M. O'Leary (State Bar # 175128)
   Law Office of Daniel M. O'Leary
2  2300 Westwood Boulevard, Suite 105
3  Los Angeles, California 90064
   Tel: (310) 481-2020
4  dan@danolearylaw.com

5
   THE SIMON LAW GROUP, LLP
6  Robert T. Simon (State Bar # 238095)
   Ryan Conger (State Bar # 248390)
7  34 Hermosa Ave.
8  Hermosa Beach, CA 90254
   Tel: (855) 855-8910
9  ryan@congerlawfirm.com

10 Lawyers for Plaintiff

11
12                    **UNITED STATES DISTRICT COURT**
13                 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  LINDSEY ROSE ORUNA, | Case No. 2:22-cv-03425 SPG (GJSx) |
| 15        Plaintiff, | Assigned to the Hon. Sherilyn Peace Garnett |
| 16     vs. | |
| 17  THE BURLINGTON INSURANCE COMPANY; JAMES RIVER INSURANCE COMPANY, and DOES 1 THROUGH 100, | **JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT** |
| 19        Defendants. | Action Filed:   April 1, 2022 |
| | Action Removed: May 19, 2022 |

27         TO THE HONORABLE COURT:
28         Plaintiff Lindsey Rose Oruna ("Plaintiff") and defendant The Burlington

1  Insurance Company ("Burlington") have reached a settlement in principal and
2  are working on finalizing a formal settlement agreement.  Plaintiff and
3  Burlington anticipate being able to file a joint dismissal of Burlington within
4  forty-five (45) days of the filing of this joint status report.  In light of the pending
5  settlement, Burlington's Motion for Reconsideration set for hearing on August
6  30, 2023 (Docket No. 44) should be taken off calendar.

   The pending settlement between Plaintiff and Burlington will not
8  completely dispose of the case because Plaintiff has not reached a settlement
9  with defendant James River Insurance Company.  Plaintiff therefore requests
10 that all dates other than Burlington's Motion for Reconsideration remain on-
11 calendar.

14 Dated: August 22, 2023

   Respectfully submitted,
   Law Office of Daniel M. O'Leary

   By:  /s/ Daniel O'Leary (auth. 08/22/2023)
   Daniel O'Leary
   Lawyers for Plaintiff

   Dated:  August 23, 2023         WESTON & AGNESS LLP

   By:  /s/ Aaron C. Agness (auth. 08/23/2023)
   Aaron C. Agness
   Shadie Maghareh
   Attorneys for Defendant
   THE BURLINGTON INSURANCE
   COMPANY

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that he is an employee of the Law Office of Daniel M. O'Leary and is a person of such age and discretion to be competent to serve papers:

That on August 23, 2023, I served a copy of JOINT STATUS REPORT by electronically filing the document with the Clerk of the United State District Court for the Central District of California, using the ECF system.

I declare under the laws of the United States of America that the forgoing is true and correct. Executed this 23rd day of August 2023 at Los Angeles, California.

    /s/ Daniel O'Leary
Daniel O'Leary

SERVICE LIST

**WESTON & McELVAIN LLP**
**Aaron C. Agness**
**Shadie Maghareh**
**1960 E. Grand Avenue, Suite 400**
**El Segundo, California 90245**
**Telephone: (213) 596-8000**
**Facsimile: (213) 596-8039**
**Email: aagness@wmattorneys.com**
**smaghareh@wmattorrneys.com**
**rmacleod@wmattorneys.com**

**WOOLLS PEER DOLLINGER & SCHER, APC**
**John E. Peer**
**Douglas A. Greer**
**One Wilshire Building**
**12401 Wilshire Boulevard, Second Floor**
**Los Angeles, California 90025-1089**
**Telephone: (213) 629-1600**
**Facsimile: (213) 629-1660**
**Email: jpeer@wpdslaw.com;**
**dgreer@wpdslaw.com**

JOINT STATUS REPORT